# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 24. Motion for Appointment of Counsel

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form24instructions.pdf

**9th Cir. Case Number(s)** | 25-930

**Case Name** | Luo v. People of California

**Lower Court or Agency Case Number** | 8:22-cv-01640-MEMF (KES)

1. My name is | Xingfei Luo

2. I am asking the court to appoint an attorney to help me with this case.

3. My fee status is as follows *(select one)*:

   ○ The district court or this court granted my motion to proceed in forma pauperis.

   ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.

   ⊙ This motion is accompanied by a motion to proceed in forma pauperis.

   ○ I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

4. Is this a civil appeal or petition for review?    ○ Yes    ⊙ No

   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

PO BOX 4886

**City** | El Monte    **State** | CA    **Zip Code** | 91734

**Prisoner Inmate or A Number (if applicable)** |

**Signature** | /s/ Xingfei Luo    **Date** | Feb 19, 2025

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 24**                                                      *New 12/01/2018*